



Attorneys admitted in
California, New York,
Texas, Pennsylvania, Colorado,
and Illinois

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

September 11, 2024

**DELIVERED VIA ECF**
The Honorable Dale E. Ho
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Case Title:  *August Image, LLC v. Glosslab, LLC, et al.*
            1:24-cv-05650-DEH
      Re:     **Request to Adjourn Initial Conference**

Your Honor:

  This office represents Plaintiff, August Image, LLC, in the above referenced matter. We write to the Court to respectfully request that the initial conference in this case be adjourned. The initial conference is currently scheduled for September 18, 2024, at 2:30 p.m. (Dkt. No. 9).

  Good cause exists to grant this adjournment. Plaintiff served Defendant, Glosslab, LLC, on July 30, 2024, and filed proof of this service the same day, but Glosslab has nevertheless failed to respond or otherwise appear in this matter. (Dkt. No. 10). The clerk of the District Court has since certified that Glosslab is in Default (Dkt. No. 13), and Plaintiff delivered the default documents and copies of the summons and complaint in this action to two separate email addresses listed on Glosslab's public website. Glosslab has still not responded or appeared.

  In light of the foregoing, Plaintiff respectfully requests that the initial conference in this case be adjourned pending an anticipated motion for default judgment against Glosslab, or a date thereafter convenient to the Court. This is Plaintiff's first request of this nature. Plaintiff cannot speak to Defendant's position about the request as Defendant is non-responsive.

            Respectfully submitted,

     By:  */s/ David Michael Stuart Jenkins*
        David Michael Stuart Jenkins, Esq.
        DONIGER / BURROUGHS
        For the Plaintiff

Application **GRANTED**. The initial pretrial conference is **ADJOURNED** from September 18, 2024, to **October 16, 2024, at 3:00 PM EST**. The parties shall join the conference by dialing (646) 453-4442 and entering the conference ID: 977 260 113, followed by the pound sign (#).

If Defendant responds or appears, the parties shall file the required joint status letter and proposed case management plan by **October 2, 2024.**

If Defendant does not respond or appear, Plaintiff shall move for a default judgment by **October 2, 2024**. In addition to the materials described in the Court's Individual Rules, Plaintiff shall include a description of its efforts to provide actual notice to Defendant of this lawsuit in its motion for a default judgment.

Plaintiff shall serve this order on Defendant via Federal Express and file proof of service by **September 17, 2024.**

**So Ordered.**

DALE E. HO
United States District Judge
Dated: September 13, 2024
New York, New York