UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST IMAGE, LLC, | |
| Plaintiff, | |
| v. | 24-CV-5650 (DEH) |
| GLOSSLAB, LLC ET AL., | ORDER |
| Defendant. | |

DALE E. HO, United States District Judge:

On July 25, 2024, Plaintiff filed a Complaint in this above-captioned matter. ECF No. 1. On September 10, 2024, after Defendant failed to answer or otherwise appear, the Clerk of Court issued a Certificate of Default as to Defendant Gosslab, LLC. ECF No. 13. On September 13, 2024, this Court ordered Plaintiff to file a motion for default judgment by October 2, 2024. ECF No. 15. Plaintiff's motion was to include a letter describing its efforts to provide actual notice to Defendants. *Id.* Plaintiff failed to meet this deadline.

It is hereby **ORDERED** that the conference scheduled for October 16, 2024, is **ADJOURNED** sine die. By **October 22, 2024**, Plaintiff shall file its motion for default judgment, including the requisite letter to the Court describing its efforts to provide actual notice to Defendant. Plaintiff is reminded that failure to comply with this Court's Orders may lead to sanctions, including dismissal of this action for failure to prosecute.

SO ORDERED.

Dated: October 15, 2024
New York, New York

DALE E. HO
United States District Judge